UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH

**Petition and Order for Action on Conditions of Pretrial Release**

Name of Defendant: Merlin Shields        Docket Number:   2:22CR00413-001

Name of Judicial Officer:   Honorable Jared C. Bennett
U.S. Magistrate Judge

Date of Release:   February 8, 2023

## PETITIONING THE COURT

To issue a Summons:

## CAUSE

The pretrial officer believes that the defendant has violated the conditions of supervision as follows:

**Allegation No. 1:** On or about January 10, 2024, the defendant used or unlawfully possess a narcotic drug or other controlled substances; to wit: Methamphetamine.

Evidence in support of this allegation: On January 10, 2024, the defendant submitted a drug screen with Judicial Supervision Services (JSS). Results of this drug screen were positive for amphetamine. The United States Pretrial Services Office was advised of this result on January 18, 2024, and sent the sample for confirmation testing. On January 29, 2024, lab results confirmed the presence of methamphetamine in the provided sample.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Caroline J Bye-Routh*

By    Caroline Bye-Routh
U.S. Pretrial Services Officer
Date: January 29, 2024

**THE COURT ORDERS:**

☐ The issuance of a Summons
☐ The issuance of a Warrant
☐ No action
☐ Other: _____
☒ Expedited hearing set for:  2/6/2024   at  10:30 a.m.
before U.S. Magistrate Judge    JARED C. BENNETT courtroom 7.100

Merlin Shields
2:22CR00413-001

_____
Honorable Jared C. Bennett
U.S. Magistrate Judge

Date: January 29, 2024